**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERT DEWEY, | No. C 10-132 SI (pr) |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| SUZUKI, parole office supervisor; et al., | |
|     Defendants. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: November 1, 2010

_____
SUSAN ILLSTON
United States District Judge