United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON McCOY,

    Plaintiff,

    v.

MIKE EVANS, warden; et al.,

    Defendants.
                                  /

No. C 09-4768 SI (pr)

**ORDER**

Defendants' motion to strike plaintiff's 69-page opposition to their motion to dismiss is DENIED. (Docket # 35.) Although defendants are correct that plaintiff's opposition grossly exceeds the page limit for opposition briefs, the first 32 pages of the opposition consists of a photocopy of a large portion of plaintiff's complaint. The lengthy opposition brief is permitted.

The court does, however, grant defendants their alternative request of additional time to prepare a reply brief. Defendants must file and serve their reply brief no later than **July 15, 2011**. Defendants are requested to describe the procedural history of the state court habeas proceeding in their reply brief. Specifically, the court wants to know what else (if anything) occurred between the filing of the petition and the issuance of the order denying the petition.

The parties are cautioned that all future filings must comply with the local rule's page length limits, i.e., 25 pages for motions, 25 pages for oppositions, and 15 pages for reply briefs. See N. D. Cal. Local Rules 7-2 to 7-4.

IT IS SO ORDERED.

Dated: June 20, 2011

                                                  _____
                                                  SUSAN ILLSTON
                                           United States District Judge