**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON McCOY, | No. C 09-4768 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| MIKE EVANS, warden; et al., | |
| Defendants. / | |

Defendants filed an *ex parte* request for a 15-day extension of time to file a reply in support of their motion for summary judgment. Upon due consideration of the request and the accompanying declaration of attorney Erin Sullivan, the court GRANTS the request. (Docket # 39.) Defendants must file and serve their reply no later than **August 12, 2011**. *No further extensions of this deadline should be expected.*

Plaintiff filed a motion for an order compelling prison officials not to transfer him during the pendency of this action because he finds his current place of incarceration a relatively supportive environment from which to litigate. The motion is DENIED. (Docket # 38.) To grant the requested relief, the court would have to interfere with the ordinary day-to-day operations of the prison, which generally federal courts are discouraged from doing. See Turner v. Safley, 482 U.S. 78, 84-85 (1987) (judiciary should exercise restraint on matters of prison administration).

Plaintiff's motion to file a lengthy opposition to defendants' motion for summary judgment is DISMISSED as unnecessary. (Docket # 37.) A week before he filed his motion, the court had already permitted plaintiff's 69-page opposition brief.

IT IS SO ORDERED.

Dated: July 21, 2011

                                              SUSAN ILLSTON
                                        United States District Judge