**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON McCOY,                                No. C 09-4768 SI (pr)

        Plaintiff,                      **ORDER EXTENDING DEADLINES**

    v.

MIKE EVANS, warden; et al.,

        Defendants.
_____/

    Defendants filed an *ex parte* request for a ninety-day extension of time to file a dispositive motion.  Upon due consideration of the request and the accompanying declaration of attorney Erin Sullivan, the court GRANTS the request.  (Docket # 47.)  The court now sets the following new briefing schedule for dispositive motions:

    1.    Defendants must file and serve their dispositive motion no later than **January 6, 2012**.

    2.    Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **February 10, 2012**.

    3.    Defendants must file and serve their reply brief (if any) no later than **March 2, 2012**.

    IT IS SO ORDERED.

Dated: November 9, 2011          _____
                                SUSAN ILLSTON
                         United States District Judge