UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON McCOY, | No. C 09-4768 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| MIKE EVANS, warden; et al., | |
| Defendants. | |

Defendants filed an *ex parte* request for a ninety-day extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Erin Sullivan, the court GRANTS the request. (Docket # 47.) The court now sets the following new briefing schedule for dispositive motions:

1. Defendants must file and serve their dispositive motion no later than **January 6, 2012**.

2. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **February 10, 2012**.

3. Defendants must file and serve their reply brief (if any) no later than **March 2, 2012**.

IT IS SO ORDERED.

Dated: November 9, 2011

_____
SUSAN ILLSTON
United States District Judge