UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON McCOY,<br><br>    Plaintiff,<br><br>  v.<br><br>MIKE EVANS, warden; et al.,<br><br>    Defendants.<br>                                / | No. C 09-4768 SI (pr)<br><br>**ORDER REFERRING ACTION TO PRO SE PRISONER MEDIATION PROGRAM** |

Defendants report that the parties have agreed to refer this case to the Pro Se Prisoner Mediation Program to explore settlement and now request a referral from the court. The request for referral to the Pro Se Prisoner Mediation Program is GRANTED. (Docket # 53.)

Good cause appearing therefor, this case is now referred to Magistrate Judge Vadas for mediation proceedings pursuant to the Pro Se Prisoner Mediation Program. The proceedings will take place within **ninety days** of the date this order is filed. Magistrate Judge Vadas will coordinate a time and date for a mediation proceeding with all interested parties and/or their representatives and, within **five days** after the conclusion of the mediation proceedings, file with the court a report for the prisoner mediation proceedings. The clerk will send to Magistrate Judge Vadas in Eureka, California, a copy of this order.

The briefing schedule for dispositive motions, set most recently in the Order Extending Deadlines filed November 9, 2011, is now VACATED.

IT IS SO ORDERED.

Dated: December 22, 2011

_____
SUSAN ILLSTON
United States District Judge