United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| AARON DESHAWN MCCOY, | No. 3:09-CV-4768 SI (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| WARDEN MIKE EVANS, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of AARON DESHAWN MCCOY, inmate no. D-61772, presently in custody at Kern Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: February 1, 2012

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden Martin Biter

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of AARON DESHAWN MCCOY in your custody in the hereinabove-mentioned institution, at Solano State Prison, at 9:00 a.m. on March 8, 2012, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of MCCOY V. EVANS, et al, and at the termination of said hearing return him forthwith to said

hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: February 1, 2012

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: February 1, 2012



2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| AARON DESHAWN MCCOY, | No. 3:09-CV-4768 SI (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| WARDEN MIKE EVANS, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on February 1, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Aaron DeShawn McCoy
D-61772
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3