KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
ERIN SULLIVAN
Deputy Attorney General
State Bar No. 242757
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5716
 Fax: (415) 703-5843
 E-mail: Erin.Sullivan@doj.ca.gov
*Attorneys for Defendants Evans, R. Singh, G. Darrett, C. Sharps; S. Harper, J. Celaya, S. Celaya, and G. Ponder*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AARON DeSHAWN McCOY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN EVANS, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C 09-4768 SI (PR)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii); and [~~PROPOSED~~] ORDER** |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff Aaron McCoy, after appearing before Magistrate Judge Nandor J. Vadas, and with the consent of the California Department of Corrections and Rehabilitation, requests the Court's

///

///

///

///

///

1  Order dismissing the above-captioned action with prejudice against all Defendants.

2

3
4  Dated: 3-8-12                                    *(signature)*
                                                    Aaron McCoy
5                                                   Plaintiff

6
7  Dated: 3/8/12                                    *(signature)*
                                                    Erin B. Sullivan
8                                                   Attorneys for Defendants Evans, R. Singh,
                                                    G. Darrett, C. Sharps, S. Harper, J. Celaya, S.
9        **IT IS SO ORDERED:**                      Celaya, and G. Ponder

10

11
12  Dated:         3/12/12                          *(signature)*
                                                    THE HONORABLE SUSAN ILLSTON
13                                                  United States District Court Judge

14

15  SF2010400961

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# CERTIFICATE OF SERVICE

Case Name:   **A. D. McCoy v. Evans, et al.**         No.   **C 09-4768 SI (PR)**

I hereby certify that on **March 8, 2012**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(II); AND [PROPOSED] ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **March 8, 2012**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Aaron DeShawn McCoy, D-61772**
**Kern Valley State Prison - Delano**
**P.O. Box 5102**
**Delano, CA 93216**
*Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 8, 2012**, at San Francisco, California.

|  M. Thai  |  /s/ M. Thai  |
|:---:|:---:|
| Declarant | Signature |

40544094.doc